**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| SHARON ELIZABETH BRINKMAN, | CASE NO. 15-10568 JUDGE: Cassling |
| DEBTOR | |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Charles L. Magerski, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523
**Notified via US Postal Service**
Sharon Elizabeth Brinkman, 1081 Brighton Drive, Carol Stream, IL 60188

     Please take notice that on the 5th day of February 5, 2016, at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Donald R Cassling, Courtroom 240 at the United States Bankruptcy Court, Kane County Courthouse, 100 S. 3rd Street, Geneva, IL 60134 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on January 29, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      Respectfully Submitted,

_____
Michael N. Burke

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
14-072608

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| SHARON ELIZABETH BRINKMAN, | NO. 15-10568 |
| | JUDGE: Cassling |
| DEBTOR | |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE

NOW COMES the Movant, Regions Bank, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. On March 24, 2015, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which was confirmed on September 18, 2015.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on April 1, 2015.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $17,192.34 through January 31, 2016:

| | | |
|---|---|---:|
| 5/1/2015 - 5/1/2015 monthly payments at $1,740.90 each | = $ | 1,740.90 |
| 6/1/2015 - 1/1/2016 monthly payments at $1,803.18 each | = $ | 14,425.44 |
| Bankruptcy MFR court cost | = $ | 176.00 |
| Bankruptcy Attorneys' fees | = $ | 850.00 |
| TOTAL | = $ | 17,192.34 |

4.By failing to make current mortgage payments, the Debtor has failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6.This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

7.For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Regions Bank, moves this Honorable Court to modify the automatic stay to allow Regions Bank to foreclose the mortgage on the property located at: 1081 Brighton Drive, Carol Stream, IL 60188; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be

withdrawn for purposes of these proceedings only; and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

                Respectfully submitted,

                __/s/ Michael N. Burke_____
                Attorney for Regions Bank

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
14-072608

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**